IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN ELLIS JOHNSON**                                                                                   **PLAINTIFF**
**ADC #121088**

v.                      **CASE NO. 2:22-CV-00018-BSM**

**DOE**                                                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of June, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE